IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GIDDY HOLDINGS, INC. § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> IDEAS INC. FKA INTEGRATED §     Case No.: 1:22-cv-00904-LY <br> DESIGN ENGINEERING AND § <br> ANALYSIS SERVICES, INC. § <br> § <br> Defendant. § | |

## PLAINTIFF GIDDY HOLDINGS INC.'S UNOPPOSED MOTION TO WITHDRAW CHRISTOPHER CLARK AS COUNSEL

Pursuant to Rule AT-3 of the Local Rules of this Court, Plaintiff Giddy Holdings, Inc. moves to withdraw Christopher Clark as its counsel in the above-referenced case. Mr. Clark is no longer an attorney with Giddy Holdings, Inc. Below-signed counsel Justin Stevenson will continue to serve as counsel for Plaintiff.

Counsel for Defendant has been contacted about this withdrawal motion and indicated no opposition to this motion.

For the foregoing reason, Plaintiff Giddy Holdings, Inc. requests the Court to grant this motion and order Mr. Clark withdrawn as Plaintiff's counsel in this case.

Respectfully submitted,

/s/ Justin D. Stevenson
Justin Stevenson (OH Bar 0092448)
Bower Stevenson LLC
2515 Jay Avenue, Suite 101
Cleveland, OH 44113
P: 216-600-8169

1

F: 216-472-8524
justin@bowerstevenson.com

ATTORNEY FOR PLAINTIFF GIDDY
HOLDINGS, INC.


/s/ Christopher Clark
Christopher Clark
State Bar No. 24101625
General Counsel (*former*)
Giddy Holdings, Inc.
1005 E. St. Elmo Road, Bldg. 10
Austin, TX 78745
(254) 307-1221

Attorney for Plaintiff Giddy Holdings, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this February 25, 2023, a copy of this Motion to Withdraw was filed with the Clerk of the Court, and was served via CM/ECF electronic filing on the following counsel of record:

Ryan Pierce, Esq. (#20435413)
Manasi Rodgers, Esq. (#24090361)
Reeves & Brightwell LLP
3711 South Mopac Expy, Bldg 1, Ste 500
Austin, Texas 78746
rpierce@reevesbrightwell.com
mrodgers@reevesbrightwell.com
*Counsel for Defendant*

                                              /s/ Justin D. Stevenson
                                              Justin Stevenson (OH Bar 0092448)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GIDDY HOLDINGS, INC.<br><br>　　　Plaintiff,<br><br>VS.<br><br>IDEAS INC. FKA INTEGRATED DESIGN ENGINEERING AND ANALYSIS SERVICES, INC.<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§　Case No.: 1:22-cv-00904-LY<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Plaintiff Giddy Holdings, Inc. has filed an Unopposed Motion to Withdraw Christopher Clark as counsel. After giving due consideration to this unopposed motion, the Court determines as follows:

Plaintiff Giddy Holdings, Inc.'s Unopposed Motion to Withdraw Christopher Clark as counsel is GRANTED. Christopher Clark is hereby removed as an attorney representing Giddy Holdings, Inc. in this case.

SIGNED this _____ day of February, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LEE YEAKEL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1